EDNA VON R. BLAIR, Appellant, v. C. CHESTER DU MOND, as Commissioner of Agriculture and Markets, et al., Respondents.

Argued May 19, 1952; decided June 5, 1952.

608

*Sherman S. Rogers* and *Paxton Blair* for appellant.

*Nathaniel L. Goldstein, Attorney-General (Ruth Kessler Toch* and *Wendell P. Brown* of counsel), for Commissioner of Agriculture and Markets of the State of New York, respondent.

*Thomas P. Kennedy* for Chairman of Board of Supervisors, Columbia County, respondent.

Appeal dismissed, with costs, upon the ground that there are questions involved other than the validity of a statutory provision under the State or Federal Constitutions (Civ. Prac. Act, § 588, subd. 4). No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, DESMOND, DYE, FULD and FROESSEL, JJ. Not sitting: CONWAY, J.